**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-cr-100 |
| | ) | JUDGES GUYTON/PHILLIPS |
| MELVIN SKINNER, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO SUPPRESS

Comes now the Defendant, Melvin Skinner, by and through the undersigned counsel, and respectfully moves this Court to suppress any and all evidence, including, but not limited to, any physical evidence and statements, seized or obtained as a result of the warrantless search of the Defendant's vehicle, on the ground that such evidence was seized or obtained in violation of the Defendant's rights under the Fourth and Fifth Amendments to the United States Constitution and Section 7, Article 1 of the Tennessee Constitution and constitutes the fruits of a poisonous tree.

In support of this motion, the Defendant submits the attached Memorandum of Law, which is incorporated herein by reference.

Respectfully submitted this 29th day of September 2006.

*s/Ralph E. Harwell*
Ralph E. Harwell, B.P.R. #1501
Tracy Jackson Smith, B.P.R. #014159
RALPH E. HARWELL, P.C.
2131 First Tennessee Plaza
Knoxville, Tennessee 37929
Telephone: (865) 637-8900

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on September 29, 2006, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

       *s/ Ralph E. Harwell*
Ralph E. Harwell, B.P.R. #1501
RALPH E. HARWELL, P.C.
2131First Tennessee Plaza
Knoxville, Tennessee 37929
Telephone: (865) 637-8900