UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:06-CR-100 |
| ) | (Phillips) |
| MELVIN SKINNER, and SAMUEL SKINNER ) | |

### ORDER

This matter is before the court on the government's motion to dismiss defendants Melvin Skinner and Samuel Skinner from the superseding indictment filed on December 19, 2006 [Doc. 90]. No objections have been received to the motion. Accordingly, the government's motion is **GRANTED,** whereby defendants Melvin Skinner and Samuel Skinner are **DISMISSED** from the superseding indictment filed in Criminal Action No. 3:06-CR-100.

**IT IS SO ORDERED.**

**ENTER:**

    s/ Thomas W. Phillips
United States District Judge